FILED

Jun 25 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JONG GU PARK, as an individual and doing business as "Anh's Quarter Pound Burger," XIAOMIN TU and doing business as "Anh's Quarter Pound Burger," CHUL SHIK AN, an individual and as Trustee of the An Living Trust; OK JA AN, an individual and trustee of An Living Trust<br><br>　　　　Defendants. | Case No.: 3:20-cv-09376-TSH<br><br>[~~PROPOSED~~] ORDER RE: EXTENSION OF TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT AND EXTENSION OF DEADLINES IN SCHEDULING ORDER |

Upon Stipulation of the parties, and good cause shown, the Court's Scheduling Order dated December 29, 2020 (as amended on 3/31/21 and 4/22/21 and 6/7/21) is modified as follows:

Defendants may have to and including **July 15, 2021** to file a responsive pleading in this matter:

| CASE SCHEDULE |||
| --- | --- | --- |
| **Date** | **Event** | **Governing Rule** |
| ~~52 days after joint Site Inspection (July 1, 2021)~~ 66 Days after joint Site Inspection (July 15, 2021) | Last day for plaintiff to file "Notice of Need for Mediation and Certification | General Order 56 ¶9 |
| 7 days after mediator files Certification of ADR Session certifying mediation process is concluded | Last day for plaintiff to file Notice Requesting Case Management Conference | General order 56 ¶10 Civil L.R. 7-11 |

DATED: 6/25/2021

_____
Hon. Thomas S. Hixson
U.S. Magistrate Judge